# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH L. KUBES,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 5:16-CV-00514-SK<br><br>**JUDGMENT** |

  It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: July 11, 2017

                HON. STEVE KIM
                U.S. MAGISTRATE JUDGE